William T. Wright, Plaintiff in Error, v. John L. Rodgers and Mrs. John L. Rodgers, Defendants in Error.

### Gen. No. 21,146.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed December 6, 1915.

### Statement of the Case.

Action of replevin by William T. Wright, plaintiff, against John L. Rodgers and Mrs. John L. Rodgers, defendants, to recover possession of a dog. To reverse a judgment for defendant, plaintiff prosecutes this writ of error.

MARTIN & MARTIN, for plaintiff in error.

JULIUS GOLDZIER and ADOLPH S. FROEHLICH, for defendants in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

REPLEVIN, § 164*—*when judgment sustained.* In an action of replevin to recover possession of a dog, where the evidence was conflicting as to its identity, but the trial court had opportunity to verify the testimony of witnesses by examination and observation of the dog, which was produced in the trial court, *held* to sustain a judgment for the defendant.